[No. 4028-1. Division One. November 21, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM C. DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 72240, Frank H. Roberts, Jr., J., entered August 6, 1975. *Affirmed in part* and *reversed in part* by unpublished opinion per Farris, C.J., concurred in by James and Callow, JJ.

[No. 4736-1. Division One. November 21, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS F. BARMON, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 2402, Howard A. Patrick, J., entered May 5, 1976. *Affirmed* by unpublished opinion per James, J., concurred in by Williams and Callow, JJ.

[No. 4931-1. Division One. November 21, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. LON E. MYERS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 9276, Marshall Forrest, J., entered August 3, 1976. *Dismissed* by unpublished per curiam opinion.